IN THE SUPREME COURT OF TEXAS

 No. 09-0161

 IN RE MERRILL LYNCH & CO., INC. AND MERRILL LYNCH, PIERCE, FENNER & SMITH
 INCORPORATED

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' renewed motion for temporary relief, filed April 22,
2010, is granted. All trial court proceedings in Cause No. 07-12430,
styled MetroPCS Communications, Inc. and MetroPCS Wireless, Inc. v. Merrill
Lynch & Co., Inc., and Merrill Lynch, Pierce, Fenner & Smith, Incorporated,
in the 116th District Court of Dallas County, Texas, are stayed pending
further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 13, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk